FILED

11/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0483

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 21-0483

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JAMIE CAL FUSON,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellant's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including December 29, 2021, within which to prepare, file and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 29 2021